**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1791 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| REYNALDO SEGURA | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

    Respectfully submitted,

Dated: June 12, 2008                    /s/ Hanni M. Fakhoury
                                           HANNI M. FAKHOURY
                                           Federal Defenders of San Diego, Inc.
                                           e-mail: Hanni_Fakhoury@fd.org
                                           Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California  
880 Front Street  
Room 6293  
San Diego, CA 92101  
(619)557-5610  
Fax: (619)557-5917  
Email: Efile.dkt.gc2@usdoj.gov

DATED: June 12, 2008         /s/ Hanni M. Fakhoury  
                            HANNI M. FAKHOURY  
                            e-mail: Hanni_Fakhoury@fd.org