08 JUN 18 PM 3:03

BY: [signature]  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury      '08 CR 2035   JLS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) <br> ) **I N D I C T M E N T** |
| v. | ) <br> ) Title 8, U.S.C., <br> ) Sec. 1324(a)(2)(B)(ii) - |
| REYLANDO SEGURA, | ) Bringing in Illegal Aliens for <br> ) Financial Gain; Title 18, U.S.C., <br> ) Sec. 2 - Aiding and Abetting; |
| Defendant. | ) Title 8, U.S.C., <br> ) Sec. 1324(a)(2)(B)(iii) - Bringing <br> ) in Illegal Aliens Without <br> ) Presentation; Title 18, U.S.C., <br> ) Sec. 1544 - Misuse of Passport <br> ) (Felony) |

The grand jury charges:

Count 1

On or about June 6, 2008, within the Southern District of California, defendant REYLANDO SEGURA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Arvey Rolando Lopez-Vazquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JPME:fer:San Diego
6/18/08

Count 2

On or about June 6, 2008, within the Southern District of California, defendant REYLANDO SEGURA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Arvey Rolando Lopez-Vazquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 3

On or about June 6, 2008, within the Southern District of California, defendant REYLANDO SEGURA, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Dominic T Le Duong, a United States citizen, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: June 18, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

2