UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　vs.　　　　　　　　　 )<br>Reynaldo Segura　　　　　　)<br>　　　　Defendant(s)　　　　 )<br>　　　　　　　　　　　　　　 ) | CRIMINAL NO. 08mj1791<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Arvey Rolando Lopez

DATED: 7/15/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk   J. PARIS

by _____
　　　Deputy Clerk