FILED
JUL 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR2035-JLS |
| Plaintiff, | ) | |
| v. | ) | ORDER AUTHORIZING THE VIEWING OF EVIDENCE |
| REYLANDO SEGURA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the government permit the defense to view the evidence seized in the above captioned case, including but not limited to the vehicle as well as the United States passport and California driver's license in the name of "Dominic T Le Duong."

**SO ORDERED.**

Date: 7/25/08

HONORABLE JANIS L. SAMMARTINO
United States District Court Judge